```
KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
Telephone:  (916) 631-1588
Facsimile:  (916) 984-5775

Attorneys for Plaintiff
EDWARD KEMPER
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF CITRUS HEIGHTS,<br><br>        Defendant. | Case No. CIV.S-04-0930 DAD<br><br>**JOINT NOTICE OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

COMES NOW, the parties to the above-captioned matter, by and through their respective undersigned counsel, and hereby files with the Court this Joint Notice of Dismissal with Prejudice.  Each party to bear their own attorney's fees and costs.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated: April 29, 2005        By: /s/ _____
                                          KEITH D. CABLE
                                          Attorney for Plaintiff

Dated: April 29, 2005        By: /s/ _____
                                          ALAN COHEN
                                          Attorney for Defendant
                                          CITY OF CITRUS HEIGHTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CITRUS HEIGHTS,<br><br>　　　　Defendant. | Case No. CIV.S-04-0930 DAD<br><br><br>**FINAL ORDER** |

## ORDER

　　Having read the foregoing Joint Notice of Dismissal with Prejudice, and good cause appearing therefor, it is ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated: April 29, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/kemper0930.dism